AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

_____

Oriyomi Sadiq Aloba
_____
Petitioner

v.

Case No. 5:23-CV-560-JCB-PRL
_(Supplied by Clerk of Court)_

Warden FCC Coleman
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Oriyomi Sadiq Aloba
   (b) Other names you have used: Ashamu Olaoluwa Afolabi.

2. Place of confinement:
   (a) Name of institution: Federal Correctional Complex Coleman USP1
   (b) Address: PO Box 1033, Coleman

   (c) Your identification number: None

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☒ Other - explain:
   Unknown, I do not know under what authority my detention is upon

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other (explain): The Defendant is detaining me under multiple identity and without any conviction or authority to detain

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Bureau of Prison, Texas Attorney General, United States, United States marshals, Calfjor - et al
   (b) Docket number, case number, or opinion number: 5:23-CV-505 TPB-PRL
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
   the authority used to detain petitioner.

   (d) Date of the decision or action: 05-08-2023.

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes   ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: United States Federal Court → I filed reconsideration before appeal
      (2) Date of filing: 09-03-2023
      (3) Docket number, case number, or opinion number: 5:23-CV-505 TPB-PRL
      (4) Result: pending
      (5) Date of result:
      (6) Issues raised: Detention without authority in violation of United States Constitution under First, Fourth, Fifth, Fifth, Sixth, eight, Fourteenth and thirthing amendment and United States statutes 28 USC 1038, 28 USCS 1746, 28 USCS 1029, 18 USC 1001, 18 USCS 1001, 28 USCS 1915

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☐ No

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☐ No

If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
❏ Yes   ❏ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
❏ Yes   ❏ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
❏ Yes   ❏ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    If "Yes," provide:
    (1) Date of filing: _____
    (2) Case number: _____
    (3) Result: _____
    (4) Date of result: _____
    (5) Issues raised: _____

  (d)  Did you appeal the decision to the United States Court of Appeals?
    ☐ Yes    ☐ No
    If "Yes," provide:
    (1) Name of court: _____
    (2) Date of filing: _____
    (3) Case number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

12.  **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Defendant in violation of First Amendment right detained petitioner in violation 18 USCS 1001, 18 USCS 1030, 18 USCS 1028, 28 USCS 1915, 28 USCS 1746, as a result of detention under false identity

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Defendant detained petitioner under false identity thus prevented petitioner from challenging the authority as doing so will expose petitioner to violate the above statutes identified below above. Please see attached documents.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND TWO:** Defendant action in ground one affects the petitioner Liberty interest under the Fourteenth Amendment right

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
If petitioner court litigate for his freedom without violating identified statutes in ground one then petitioner Liberty interest of access to court is violated under Liberty interest to due process of law, access to court, right to be free from cruelty. Please see attachments.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes  ☐ No

**GROUND THREE:** base on ground one petitioner Fourth Amendment right is violated.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Please see attachment

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes  ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** Petitioner sixth amendment right is violated

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
please see attachment

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: to award writ for petitioner immediate release from unconstitutional detention.

Page 8 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____                              _____
                                                  Signature of Petitioner

                                                  _____
                                                  Signature of Attorney or other authorized person, if any

United States Federal Court
Ocala Division
Florida

Oriyomi Sadiq Aloba

Warden, FCC Coleman.

Motion in support of Application
to proceed without payment

Petitioner present his issues as authority and brief or argument as necessary or to the extent the Court can find reasons to grant petitioner motion to proceed without further requirement to produce financial record when there none to produce and why the Court cannot use external records outside this suit except to the one referenced to within the four corners of motion presented in this suit.

Background.

From November 15 till date, Defendant has furnished petitioner several different identification information that does not identify petitioner.

)

The identification Furnished to petitioner, among them are ORIYOMMY SADDIQ ALOBA, ORIYOMIE SADDIQ ALOBA, ORIYOMI SADIQ ALOBA of which all of this names are tide to several Financial record and US Court records of which does not identify petitioner under the doctrine of Affidavit or the following statute codes 28 USCS 1746, 28 USCS 1915A, 18 USCS 1001, 18 USCS 1028 and 18 USCS 1030 and in violation of the United States Constitution First, Fourteenth and Fifth amendment right.

28 USCS 1746

The 28 USCS 1746. provision that wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, esterblished or proved by the sworn declaration, verification, certification statement, oath or affidavit, in writing of person making the same (other than a deposition, or an oath of office, or an oath required to be taken before specified other than public notary). Such matter may, with like Force and effect be supported, evidence esterblished or proved by the ~~undispat~~ unsworn declaration, certificate verification, or statement in writing of such person which is subscribed by him, as true under penalty of perjury and dated substantially the following Form.

2

As it is conclusive petitioner presented substantive evidence in petitioner motion supported in petitioner affidavit stating his actual knowledge of several identification information linked to the same financial account handed to petitioner as the court required pursuant to requirement of 28 USCS 1915A. Thus the 28 USCS 1915A is silenced or uneffective or that it cannot be call into this case without violating petitioner Fifth amendment right not to incriminate himself in light of implication of or perjuring by presenting information contested and known not to identify petitioner. Base on the interpretation of 28 USCS 1746 and affidavit presented in evidence 2, the court finds it that petitioner has presented sufficient evidence that 28 USCS 1915A cannot be use to screen this case but and that 28 USCS 1915(a)(1) is the only screening that apply to this case because petitioner has esterblished with clarity that he his not or had not been detained as a prisoner within the interpretation of 28 USCS 1915A or see further arguement below moreso this fact has been properly esterblished in this court under civil case 5:23-cv-00505-TPB-PRL, in document, petitioner present this issue with elaboration as this much that petitioner writ should not be screened under 28 USCS 1915A. The court conceded and then deviate from traditional prisoner screening standard of Prisoner Litigation Act because the circumstances that surround this case requires the court to abandone following Administrative

3

rules of procedure act when its established or conceivable that doing so will violates substantial constitutional right of a petitioner.

Base on the foregoing reasons petitioner present and believes that argument prescribed is also made under 28 USCS 1915A, 18 USCS 1001, 18 USCS 1030, 18 USCS 1028A and request that petitioner motion be granted for the purpose of safeguarding petitioner liberty interest pursuant to Fourteenth Amendment to First, Fifth, Sixth eight, and Nothing Amendment of United States Constitution.

As Court may permit, petitioner request for Discovery and evidentiary hearing for the purpose of developing this issue for appeal review if the court does not find clearity in petitioner arguement.

Respectfully Submitted
Oriyomi Sodiq Aloba
Federal Correctional Complex
USP1
PO box 1033
Coleman, FL 33521.